■ KEVIN K. LOPEZ et al., Appellants, v WILLIAM B. KONAR ENTERPRISES et al., Respondents and Third-Party Plaintiffs. HALLENBECK-RITZ, INC., Third-Party Defendant-Respondent. (Appeal No. 2.) [710 NYS2d 290] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Lopez v Konar Enters.* (273 AD2d 796 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Summary Judgment.) Present—Green, J. P., Wisner, Hurlbutt and Balio, JJ.